IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00996-WYD-KMT

MARIA ANDREOPOULOS,

    Petitioner,

v.

NICKOLAOS KOUTROULOS,
MRS. KOUTROULOS, and
IOANNIS KOUTROULOS,

    Respondents.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Petitioner leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the Respondents. If unable to do so, the United States Marshal shall serve a copy of the Petition, Notice of Petition and Order to Show Cause, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Respondents. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: May 5, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00996-WYD-KMT

Caroline D. Langley
Attorney at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Nickolaos Koutroulos, Mrs. Koutroulos, and Ioannis Koutroulos

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Nickolaos Koutroulos, Mrs. Koutroulos, and Ioannis Koutroulos: PETITION FILED 04/30/09, NOTICE OF PETITION and ORDER TO SHOW CAUSE FILED 05/05/09 SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  5-6-09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk