IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00996-WYD-KMT

MARIA ANDREOPOULOS,

    Petitioner,

v.

NICKOLAOS KOUTROULOS;
MRS. KOUTROULOS; and
IOANNIS KOUTROULOS,

    Respondents.

## ORDER

    THIS MATTER is before the Court on Petitioner's Expedited Motion for Immediate Access to her Son Upon Her Arrival In the United States Today [#23], filed June 1, 2009 ("Motion for Access").  Upon review of the Motion for Access, it is hereby

    ORDERED that the parties shall confer and attempt to reach agreement concerning the Petitioner's access to the minor child prior the hearing scheduled for Wednesday, June 3, 2009.  It is

    FURTHER ORDERED that if the parties are unable to reach agreement, a hearing on the Motion for Access shall take place **Tuesday, June 2, 2009 at 3:00 p.m.,** 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.  It is

    FURTHER ORDERED that the minor child shall be present at the hearing on the Motion for Access.

Dated: June 1, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge