IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00996-WYD-KMT

MARIA ANDREOPOULOS,

    Petitioner,

v.

NICKOLAOS KOUTROULOS;
MRS. KOUTROULOS; and
IOANNIS KOUTROULOS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Respondent's Forthwith Motion for Telephone Testimony, filed June 2, 2009 [#29] is **DENIED AS MOOT**.

    June 4, 2009

-1-