**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | June 11, 2009 |
| E.C.R./Reporter: | Therese Lindblom | | |

Civil Action No: **09-cv-00996-WYD-KMT**     Counsel:

**MARIA ANDREOPOULOS**,                      Caroline D. Langley
                                             Alice P. Arnold
        Petitioner,

v.

**NICKOLAOS KOUTROULOS;**                    Joseph H. Antolinez
**MRS. KOUTROULOS; and
IONNIS KOUTROULOS**,

        Respondents.

**COURTROOM MINUTES**

**CONTINUATION OF HEARING ON PETITIONER'S PETITION FOR RETURN OF MINOR CHILD (continued from June 5, 2009)**

**2:42 p.m.**     Court in Session

Petitioner's Petition for Return of Minor Child [doc. #3], filed April 30, 2009, is raised for argument.

**ORDERED:**     Petitioner's Motion for Expert Testimony on Greek Law and Motion for Leave for Testimony to be Taken by Contemporaneous Transmission from a Different Location [doc. #39], filed June 9, 2009, is **GRANTED.**

2:43 p.m.     Petitioner's witness **George S. Kounoupis** sworn.

Direct examination by Petitioner (Ms. Arnold).
*EX ID:          K*

| | |
|---|---|
| 2:50 p.m. | Voir dire by Respondents (Mr. Antolinez). |
| 2:57 p.m. | Direct examination by Petitioner continues (Ms. Arnold).<br>***EX ID:         K*** |

***Witness tendered and accepted as an expert.***

| | |
|---|---|
| 3:04 p.m. | Cross examination by Respondents (Mr. Antolinez).<br>***EX ID:         K*** |
| 3:20 p.m. | Court's examination of witness. |
| 3:23 p.m. | Cross examination by Respondents continues (Mr. Antolinez). |
| **ORDERED:** | Respondents' Motion for Additional In Camera Interview of Minor Child or for Further Testimony of Minor Child [doc. #42], filed June 10, 2009, is **GRANTED.** |
| 3:27 p.m. | Respondents' witness **George Koutroulos** sworn.<br><br>Direct examination by Respondents (Mr. Antolinez). |
| 3:37 p.m. | Cross examination by Petitioner (Ms. Langley). |
| 3:43 p.m. | Re-Direct examination by Respondents (Mr. Antolinez). |
| 3:44 p.m. | Evidence is completed. |
| **3:48 p.m.** | Court in Recess |
| **4:04 p.m.** | Court in Session |
| 4:08 p.m. | Argument by Respondents (Mr. Antolinez). |
| 4:18 p.m. | Argument by Petitioner (Ms. Langley). |
| 4:24 p.m. | Argument by Respondents (Mr. Antolinez). |
| 4:37 p.m. | Argument by Petitioner (Ms. Arnold). |
| 4:39 p.m. | Argument by Respondents (Mr. Antolinez). |
| 4:53 p.m. | Argument by Petitioner (Ms. Langley). |
| 4:56 p.m. | Argument by Petitioner (Ms. Arnold). |

**ORDERED:** Petitioner's Petition for Return of Minor Child [doc. #3], filed April 30, 2009, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Passports for clients and minor child shall remain with counsel.

5:05 p.m.    Discussion regarding supplemental briefs.

**ORDERED:** Supplemental briefs shall be filed not later than **Wednesday, June 17, 2009.**

**5:08 p.m.**    Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE: EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   2:10**